ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
JULIET M. LOMPA
GURPREET SANDHU
JOHN W. FAULCONER
Deputy Attorneys General
State Bar No. 298015
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4481
  Fax:  (415) 703-5480
  E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for Defendants
B. Barron, J. Bojorquez, C. Bravo, Z. Brown, B.
Coker, G. Constantino, B. Cope, R. Cavagnolo, J.
DeAnzo, E. Galvan, V. Garcia, R. Glaze, J. Harden,
M. Hernandez, J. Hunter, J. Infante, C. Koenig, J.
Lopez, A. Luna, D. Marion, D. Marquez, Y.
Martinez, L. McDowell, P. McDonald, C. Mell, B.
Mendoza, K. Mensing, D. Metcalf, S. Mora, J.
Musselman, H. Orozco, C. Paris, J. Peffley, I. Perez,
C. Perryman, J. Pierce, E. Ramos, J. Reed, R. Salas,
L. Scott, A. Serrato, J. Sesma, S. Slimp, D.
Thompson, M. Valdez, H. Vera, C. Vergara, R.
Villalba, A. Villalobos, J. Vinson, L. Wallace, and
California Department of Corrections and
Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAWRENCE BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 4:25-cv-04741-JST<br><br>**Defendants' Answer to Class Action Complaint**<br><br>Judge:   The Honorable Jon S. Tigar<br>Trial Date:   None Set<br>Action Filed:  11/3/2021 |

Defendants B. Barron, J. Bojorquez, C. Bravo, Z. Brown, B. Coker, G. Constantino, B.

Cope, R. Cavagnolo, J. DeAnzo, E. Galvan, V. Garcia, R. Glaze, J. Harden, M. Hernandez, J.

1

Hunter, J. Infante, C. Koenig, J. Lopez, A. Luna, D. Marion, D. Marquez, Y. Martinez, L. McDowell, P. MacDonald, C. Mell, B. Mendoza, K. Mensing, D. Metcalf, S. Mora, J. Musselman, H. Orozco, C. Paris, J. Peffley, I. Perez, C. Perryman, J. Pierce, E. Ramos, J. Reed, R. Salas, L. Scott, A. Serrato, J. Sesma, S. Slimp, D. Thompson, M. Valdez, H. Vera, C. Vergara, R. Villalba, A. Villalobos, J. Vinson, L. Wallace, and California Department of Corrections and Rehabilitation (CDCR) answer Plaintiff's Class Action Complaint (ECF No. 1) and deny, admit, and allege as follows.

Any allegation that Defendants do not specifically admit, they deny.

## INTRODUCTION

1.   Defendants admit that, on July 20, 2020, an operation, entitled "Operation Akili" was undertaken by various personnel associated with CDCR at the California Correctional Training Facility (CTF) in Soledad, California. The purpose of the operation, which was carried out lawfully, was to investigate Security Threat Group (STG) activity at CTF.[1]

2.   Deny

3.   Deny

4.   Deny

5.   Deny

6.   Deny

7.   Deny

8.   Deny

9.   Defendants admit jurisdiction is proper as to all Defendants.

10.   Defendants admit venue is proper.

11.   Defendants admit that Brown was involved in the operation. On information and belief, Defendants believe that Brown contracted COVID and was quarantined but deny causing him to contract COVID. Defendants admit that Brown is proffered as a class representative but deny that this case is appropriate for class treatment. Defendants admit that Brown is African American.

---

[1] Except where explicitly noted otherwise, the numbered paragraphs in this Answer each correspond to the similarly numbered paragraph in the operative complaint.

12. Defendants admit that CDCR is an agency of the State of California and that it manages California's prison system. Defendants deny that CDCR is legally responsible for any of Plaintiff's alleged damages. Defendants admit that at the times pertinent to the complaint, Plaintiff was an incarcerated person in the custody of CDCR, and CDCR had certain legal obligations to him.

13. Defendants deny that CDCR is legally responsible for any of Plaintiff's alleged damages. Defendants deny vicarious liability. Defendants admit various CDCR personnel undertook Operation Akili.

14. Defendants admit that CDCR employees undertook the operation. Defendants deny that all possible conduct by an employee is legally considered within the "scope of their employment."

15. Defendants admit that Barron was employed by CDCR.

16. Defendants admit that Bojorquez was employed by CDCR.

17. Defendants admit that Bravo was employed by CDCR.

18. Defendants admit that Z. Brown was employed by CDCR.

19. Defendants admit that B. Coker was employed by CDCR.

20. Defendants admit G. Constantino was employed by CDCR.

21. Defendants admit that Cope was employed by CDCR.

22. Defendants admit that Cavagnolo was employed by CDCR.

23. Defendants admit that DeAnzo was employed by CDCR.

24. Defendants admit that Galvan was employed by CDCR as the Litigation Coordinator at CTF, but deny he was involved in the operation.

25. Defendants admit that V. Garcia was employed by CDCR.

26. Defendants admit that R. Glaze was employed by CDCR.

27. Defendants admit that J. Harden was employed by CDCR.

28. Defendants admit that M. Hernandez was employed by CDCR.

29. Defendants admit that J. Hunter was employed by CDCR.

30. Defendants admit that J. Infante was employed by CDCR.

31. Defendants admit that C. Koenig was the Warden at CTF during the time indicated but deny Plaintiff's characterization of his responsibilities and obligations.

32. Defendants admit that J. Lopez was employed by CDCR.

33. Defendants admit that Luna was employed by CDCR.

34. Defendants admit that Marion was employed by CDCR.

35. Defendants admit that D. Marquez was employed by CDCR.

36. Defendants admit that Y. Martinez was employed by CDCR.

37. Defendants admit that McDowell was employed by CDCR.

38. Defendants admit that P. McDonald was employed by CDCR.

39. Defendants admit that Mell was employed by CDCR.

40. Defendants admit that B. Mendoza was employed by CDCR.

41. Defendants admit that Mensing was employed by CDCR.

42. Defendants admit that Metcalf was employed by CDCR.

43. Defendants admit that Mora was employed by CDCR.

44. Defendants admit that Musselman was employed by CDCR.

45. Defendants admit that Orozco was employed by CDCR.

46. Defendants admit that C. Paris was employed by CDCR.

47. Defendants admit that Peffley was employed by CDCR.

48. Defendants admit that Perez was employed by CDCR.

49. Defendants admit that Perryman was employed by CDCR.

50. Defendants admit that Pierce was employed by CDCR.

51. Defendants admit that E. Ramos was employed by CDCR.

52. Defendants admit that Reed was employed by CDCR.

53. Defendants admit that Salas was employed by CDCR.

54. Defendants admit that Scott was employed by CDCR.

55. Defendants admit that Sesma was employed by CDCR.

56. Defendants admit that Serrato was employed by CDCR.

57. Defendants admit that Slimp was employed by CDCR.

58. Defendants admit that Thompson was employed by CDCR.

59. Defendants admit that M. Valdez was employed by CDCR.

4

60. Defendants admit that Vera was employed by CDCR.

61. Defendants admit that C. Vergara was employed by CDCR.

62. Defendants admit that Villalba was employed by CDCR.

63. Defendants admit that Villalobos was employed by CDCR.

64. Defendants admit that J. Vinson was employed by CDCR.

65. Defendants admit that L. Wallace was employed by CDCR.

66. Defendants take no position regarding "Does," but they deny that CDCR personnel engaged in tortious conduct.

67. Defendants take no position regarding "fictitiously-named defendants," but they deny that CDCR personnel engaged in tortious conduct.

68. Defendants deny that each Defendant was the agent, servant, and employee of each other.

69. Deny

70. Deny

71. Deny

72. Deny

73. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

74. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

75. Defendants admit that "Operation Akili" was carried out at CTF by CDCR personnel, on July 20, 2020, and was carried out in part to investigate suspected STG activity by various incarcerated people at CTF.

76. Deny

77. Deny

78. Deny

79. Defendants admit the operation was undertaken to investigate STG activity.

80. Deny

81. Defendants admit the operation was undertaken to investigate STG activity.

5

82. Deny

83. Deny

84. Deny

85. Deny

86. Deny

87. Deny

88. Deny

89. Deny

90. Deny

91. Deny

92. Deny

93. Deny

94. Deny

95. Deny

96. Deny

97. Deny

98. Deny

99. Deny

100. Defendants admit the operation was undertaken to investigate STG activity.

101. Defendants admit the operation was undertaken to investigate STG activity.

102. Deny

103. Defendants admit the operation was undertaken to investigate STG activity.

104. Deny

105. Deny

106. Deny

107. Deny

108. Defendants admit that Brown was housed at CTF and is African American.

109. Defendants do not have sufficient information to admit or deny these allegations and deny

6

them on that basis.

110. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

111. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

112. Defendants admit the operation was undertaken to investigate STG activity.

113. Deny

114. Deny

115. Deny

116. Deny

117. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

118. Deny

119. Deny

120. Deny

121. Deny

122. Deny

123. Defendants admit that at some point Brown contracted COVID but deny causing him to contract COVID.

124. Defendants admit that Adams was subject to the operation.

125. Defendants admit that Adams is African American.

126. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

127. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

128. Deny

129. Deny

130. Deny

7

131. Deny

132. Deny

133. Deny

134. Deny

135. Deny

136. Deny

137. Defendants deny causing Adams to contract COVID.

138. Defendants deny causing Adams to contract COVID.

139. Defendants deny causing Adams to contract COVID.

140. Deny

141. Deny

142. Defendants admit that Blackwell was involved in the operation and is African American.

143. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

144. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

145. Deny

146. Deny

147. Deny

148. Deny

149. Deny

150. Deny

151. Deny

152. Deny

153. Deny

154. Deny

155. Deny

156. Deny

8

157. Deny

158. Defendants admit that Brinkley is African American and admit that he was involved in the operation.

159. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

160. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

161. Deny

162. Deny

163. Deny

164. Deny

165. Deny

166. Deny

167. Deny

168. Deny

169. Defendants deny causing Brinkley to contract COVID.

170. Deny

171. Deny

172. Deny

173. Deny

174. Deny

175. Defendants admit that Brownlee is African American and was involved in the operation.

176. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

177. Deny

178. Deny

179. Deny

180. Deny

9

181. Deny

182. Deny

183. Defendants admit that Camel is African American and involved in the operation.

184. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

185. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

186. Deny

187. Deny

188. Deny

189. Deny

190. Deny

191. Deny

192. Deny

193. Deny

194. Deny

195. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

196. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

197. Deny

198. Defendants admit that Campbell was involved in the operation.

199. Deny

200. Deny

201. Deny

202. Deny

203. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

10

204. Defendants deny improperly validating Caples.

205. Deny

206. Defendants admit that Caples was involved in the operation.

207. Deny

208. Deny

209. Deny

210. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

211. Deny

212. Deny

213. Defendants admit that Chambers is African American and was involved in the operation.

214. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

215. Deny

216. Deny

217. Deny

218. Deny

219. Deny

220. Deny

221. Deny

222. Deny

223. Deny

224. Defendants admit that Colvin is African American and was involved in the operation.

225. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

226. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

227. Defendants deny improperly validating Colvin.

11

228. Deny

229. Deny

230. Deny

231. Deny

232. Deny

233. Deny

234. Deny

235. Deny

236. Deny

237. Deny

238. Deny

239. Deny

240. Deny

241. Defendants admit that Copeland is African American and was involved in the operation.

242. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

243. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

244. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

245. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

246. Deny

247. Deny

248. Deny

249. Deny

250. Deny

251. Deny

12

252. Deny

253. Deny

254. Deny

255. Deny

256. Deny

257. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

258. Defendants admit that Cox is African American and involved in the operation.

259. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

260. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

261. Deny

262. Deny

263. Deny

264. Deny

265. Deny

266. Deny

267. Deny

268. Deny

269. Deny

270. Deny

271. Deny

272. Deny

273. Deny

274. Defendants admit that Dicey is African American and was involved in the operation.

275. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

13

276. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

277. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

278. Deny

279. Deny

280. Deny

281. Deny

282. Deny

283. Deny

284. Deny

285. Deny

286. Deny

287. Deny

288. Deny

289. Deny

290. Deny

291. Deny

292. Deny

293. Deny

294. Deny

295. Deny

296. Deny

297. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

298. Defendants deny improperly validating Duncan but admit that he was involved in the operation.

299. Deny

14

300. Deny

301. Deny

302. Deny

303. Deny

304. Deny

305. Deny

306. Defendants admit that Fitzgerald is African American and was involved in the operation.

307. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

308. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

309. Deny

310. Deny

311. Deny

312. Deny

313. Deny

314. Deny

315. Deny

316. Deny

317. Deny

318. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

319. Defendants deny improperly validating Fontenot but admit he was involved in the operation.

320. Deny

321. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

322. Deny

15

323. Deny

324. Deny

325. Deny

326. Deny

327. Deny

328. Deny

329. Deny

330. Deny

331. Defendants admit that Foster is African American and was involved in the operation.

332. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

333. Defendants admit that the operation was undertaken to investigate STG activity.

334. Deny

335. Deny

336. Deny

337. Deny

338. Defendants admit that Franklin is African American and was involved in the operation.

339. Deny

340. Deny

341. Deny

342. Deny

343. Deny

344. Deny

345. Deny

346. Deny

347. Deny

348. Deny

349. Defendants do not have sufficient information to admit or deny these allegations and deny

16

them on that basis.

350. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

351. Defendants deny improperly validating Frazier.

352. Deny

353. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

354. Defendants admit that Frazier was involved in the operation.

355. Deny

356. Deny

357. Deny

358. Deny

359. Deny

360. Deny

361. Deny

362. Deny

363. Defendants admit Hamilton's description of his race and admit that he was involved in the operation.

364. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

365. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

366. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

367. Deny

368. Deny

369. Deny

370. Deny

17

371. Deny

372. Deny

373. Deny

374. Deny

375. Deny

376. Deny

377. Deny

378. Deny

379. Deny

380. Deny

381. Deny

382. Defendants admit that Harper was involved in the operation.

383. Deny

384. Deny

385. Deny

386. Deny

387. Deny

388. Deny

389. Deny

390. Deny

391. Deny

392. Deny

393. Deny

394. Deny

395. Defendants admit that B. Harris is African American and was involved in the operation.

396. Deny

397. Deny

398. Deny

18

Answer to Class Action Complaint  (4:25-cv-04741-JST)

399. Deny

400. Deny

401. Deny

402. Deny

403. Deny

404. Deny

405. Deny

406. Defendants admit that E. Harris is African American and was involved in the operation.

407. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

408. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

409. Deny

410. Deny

411. Deny

412. Deny

413. Deny

414. Deny

415. Deny

416. Deny

417. Deny

418. Defendants admit that M. Harris is African American and involved in the operation.

419. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

420. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

421. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

19

422. Deny

423. Deny

424. Deny

425. Deny

426. Deny

427. Deny

428. Deny

429. Defendants admit that Horn is African American and was involved in the operation.

430. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

431. Deny

432. Deny

433. Deny

434. Deny

435. Deny

436. Deny

437. Deny

438. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

439. Defendants deny improperly validating Jackson.

440. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

441. Defendants admit that Jackson was involved in the operation.

442. Deny

443. Deny

444. Deny

445. Deny

446. Deny

20

447. Deny

448. Deny

449. Defendants admit that N. Johnson is African American and was subject to the operation.

450. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

451. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

452. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

453. Deny

454. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

455. Deny

456. Deny

457. Deny

458. Deny

459. Deny

460. Deny

461. Deny

462. Deny

463. Deny

464. Deny

465. Defendants admit that Keil is African American and was involved in the operation.

466. Deny

467. Deny

468. Deny

469. Deny

470. Deny

21

471. Deny

472. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

473. Deny

474. Defendants admit that King was involved in the operation.

475. Deny

476. Deny

477. Deny

478. Deny

479. Deny

480. Deny

481. Defendants admit that Lawless is African American and was involved in the operation.

482. Deny

483. Deny

484. Defendants admit that Lewis is African American and was involved in the operation.

485. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

486. Deny

487. Deny

488. Deny

489. Deny

490. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

491. Deny

492. Defendants admit that McCurty was involved in the operation.

493. Deny

494. Deny

495. Deny

496. Deny

497. Deny

498. Deny

499. Defendants admit that Mendenhall is African American.

500. Defendants admit that Mendenhall was involved in the operation.

501. Deny

502. Deny

503. Deny

504. Deny

505. Deny

506. Deny

507. Deny

508. Deny

509. Deny

510. Defendants admit that Moss is African American and was involved in the operation.

511. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

512. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

513. Deny

514. Deny

515. Deny

516. Deny

517. Deny

518. Deny

519. Deny

520. Deny

521. Deny

23

522. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

523. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

524. Deny

525. Deny

526. Defendants admit that Nettles was involved in the operation.

527. Deny

528. Deny

529. Deny

530. Deny

531. Deny

532. Deny

533. Defendants admit that O'Neal is African American and was involved in the operation.

534. Deny

535. Deny

536. Deny

537. Deny

538. Deny

539. Defendants admit that Porter is African American and was involved in the operation.

540. Deny

541. Deny

542. Deny

543. Deny

544. Deny

545. Deny

546. Deny

547. Deny

24

548. Deny

549. Deny

550. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

551. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

552. Deny

553. Deny

554. Defendants admit that Rhines was involved with the operation.

555. Deny

556. Deny

557. Deny

558. Deny

559. Deny

560. Deny

561. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

562. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

563. Defendants admit that Robinson is African American and was involved in the operation, but deny improperly validating him.

564. Deny

565. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

566. Deny

567. Deny

568. Deny

569. Deny

25

570. Deny

571. Deny

572. Deny

573. Deny

574. Deny

575. Deny

576. Deny

577. Deny

578. Defendants admit that Sanchez is African American and was involved in the operation.

579. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

580. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

581. Deny

582. Deny

583. Deny

584. Deny

585. Deny

586. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

587. Deny

588. Defendants admit that the operation was undertaken to investigate STG activity.

589. Defendants admit that Sasser was involved in the operation.

590. Deny

591. Deny

592. Defendants admit that Smallwood is African American and was involved in the operation.

593. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

594. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

595. Deny

596. Deny

597. Deny

598. Deny

599. Deny

600. Deny

601. Deny

602. Deny

603. Defendants admit that Terrell is African American and was involved in the operation.

604. Deny

605. Deny

606. Deny

607. Deny

608. Deny

609. Deny

610. Deny

611. Deny

612. Defendants admit that operation questioning was recorded in various manners.

613. Deny

614. Deny

615. Deny

616. Deny

617. Deny

618. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

619. Defendants admit that C. Williams was involved in the operation.

27

620. Deny

621. Deny

622. Deny

623. Deny

624. Deny

625. Deny

626. Defendants admit that Wilridge is African American and was involved in the operation.

627. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

628. Defendants do not have sufficient information to admit or deny these allegations and deny them on that basis.

629. Defendants deny improperly validating Wilridge.

630. Deny

631. Deny

632. Deny

633. Deny

634. Deny

635. Deny

636. Deny

637. Deny

638. Deny

639. Deny

640. Deny

641. Deny

642. Deny

643. Deny

644. Deny

645. Deny

646. Deny

647. Deny

648. Deny

649. Deny

650. Deny

651. Deny

652. Deny

653. Defendants admit that Brown contracted COVID and was provided medical care but deny causing him to contract COVID.

654. Deny

655. Deny

656. Deny

657. Deny

658. Deny

659. Defendants admit that various divisions within CDCR were involved with the operation.

660. Deny

661. Deny

662. Deny

663. Deny

664. Deny

665. Deny

666. Deny

667. Deny

668. Deny

669. Deny

670. Deny

671. Deny

672. Deny

29

673. Deny

674. Deny

675. Deny

676. Deny

677. Deny

678. Deny

679. Deny

680. Deny

681. Deny

682. Deny

683. Deny

684. Deny

685. Deny

686. Deny

687. Deny

688. Deny

689. Deny

690. Deny

691. Deny

692. Deny

693. Deny

694. Deny

695. Deny

696. Deny

697. Deny

698. Deny

699. Deny

700. Deny

Answer to Class Action Complaint  (4:25-cv-04741-JST)

701. Deny

702. Deny

703. Deny

704. Deny

705. Deny

706. Deny

707. Deny

708. Deny

709. Deny

710. Deny

711. Deny

712. Deny

713. Deny

714. Deny

715. Deny

716. Deny

717. Deny

718. Deny

719. Deny

720. Deny

721. Deny

722. Deny

723. Deny

724. Deny

725. Deny

726. Deny

727. Defendants incorporate responses to paragraphs 1-726 herein.

728. Defendants admit that Plaintiff possesses federally protected rights, including Fourth

Amendment rights, and 42 U.S.C. § 1983 is a statutory mechanism to enforce constitutional rights.

729. Defendants admit that Plaintiff has Eighth Amendment rights.

730. Deny

731. Deny

732. Deny

733. Deny

734. Deny

735. Deny

736. Deny

737. Deny

738. Deny

739. Deny

740. Deny

741. Deny

742. Deny

743. Deny

744. Deny

745. Deny

746. Deny

747. Deny

748. Deny

749. Deny

750. Deny

751. Deny

752. Deny

753. Deny

754. Deny

755. Deny

756. Deny

757. Deny

758. Deny

759. Deny

760. Deny

761. Defendants incorporate responses to paragraphs 1-760 herein.

762. Defendants admit that incarcerated people have Eighth Amendment rights.

763. Defendants admit that Plaintiff has Eighth Amendment rights.

764. Deny

765. Deny

766. Deny

767. Deny

768. Deny

769. Deny

770. Deny

771. Defendants incorporate responses to paragraphs 1-770 herein.

772. Defendants admit that CTF is an adult correctional facility operated by CDCR which is located in Soledad, California, in close proximity to Salinas Valley State Prison. Defendants admit that it is comprised of multiple facilities.

773. Defendants admit that CDCR provides services to incarcerated people in their custody.

774. Defendants do not have sufficient knowledge or information to admit or deny Plaintiff's statistical analysis or assertion of historical facts, and on that basis deny them.

775. Defendants admit that CTF provides a wide range of services to incarcerated persons, but Defendants do not have sufficient knowledge or information to admit or deny Plaintiff's specific description of CTF's structure, lay-out, or supervision policies, and on that basis denies them.

776. Defendants admit that CTF provides a wide range of services to incarcerated persons, but Defendants do not have sufficient knowledge or information to admit or deny Plaintiff's specific description of CTF's structure, lay-out, or supervision policies, and on that basis denies them.

33

Answer to Class Action Complaint  (4:25-cv-04741-JST)

777. Deny

778. Deny

779. Deny

780. Defendants admit that they had various duties to incarcerated people.

781. Deny

782. Deny

783. Deny

784. Deny

785. Deny

786. Deny

787. Deny

788. Deny

789. Deny

790. Deny

791. Deny

792. Deny

793. Deny

794. Deny

795. Deny

796. Deny

797. Deny

798. Deny

799. Deny

800. Deny

801. Deny

802. Deny

803. Deny

804. Deny

805. Deny

806. Deny

807. Deny

808. Deny

809. Deny

810. Deny

811. Deny

812. Deny

813. Deny

814. Deny

815. Deny

816. Deny

817. Deny

818. Deny

819. Deny

820. Deny

821. Deny

822. Deny

823. Deny

824. Deny

825. Deny

826. Deny

827. Deny

828. Deny

829. Deny

830. Deny

831. Deny

832. Deny

Answer to Class Action Complaint  (4:25-cv-04741-JST)

833. Deny

834. Deny

835. Deny

836. Deny

837. Deny

838. Deny

839. Deny

840. Deny

841. Deny

842. Deny

843. Deny

844. Deny

845. Deny

846. Deny

847. Deny

848. Deny

849. Deny

850. Defendants incorporate responses to paragraphs 1-849 herein.

851. Defendants admit that Plaintiff has Eighth Amendment rights.

852. Deny

853. Deny

854. Deny

855. Deny

856. Deny

857. Defendants incorporate responses to paragraphs 1-857 herein.

858. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

859. Deny

36

860. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

861. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

862. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

863. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

864. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

865. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

866. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

867. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

868. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

869. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

870. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

871. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

872. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

873. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

874. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

875. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

876. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

877. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

878. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

879. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

880. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

881. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

882. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

883. Defendants admit that July 13, 2020, was seven days before the operation.

884. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

885. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

886. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

887. Deny

888. Deny

889. Deny

38

890. Deny

891. Deny

892. Deny

893. Deny

894. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

895. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

896. Deny

897. Deny

898. Deny

899. Deny

900. Deny

901. Deny

902. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

903. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

904. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

905. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

906. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

907. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

908. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

909. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

910. Defendant CDCR denies liability pursuant to Title VI of the Civil Rights Act of 1964 and reserves the rights to challenge all elements of that claim.

911. Defendants admit the operation was undertaken to investigate STG activity.

912. Defendants admit the operation was undertaken to investigate STG activity.

913. Deny

914. Deny

915. Deny

916. Deny

917. Defendants incorporate responses to paragraphs 1-916 herein.

918. Defendants admit that Plaintiff brings a claim pursuant to the Ralph Act.

919. Deny

920. Deny

921. Deny

922. Deny

923. Deny

924. Deny

925. Deny

926. Deny

927. Defendants admit that Plaintiff brings a claim pursuant to the cited code section.

928. Defendants admit that Plaintiff seeks these remedies.

929. Deny

930. Defendants incorporate responses to paragraphs 1-929 herein.

931. Defendants generally deny the allegations of this paragraph, which contain irrelevant and subjective historical analysis.

932. Deny

933. Deny

40

934. Deny

935. Deny

936. Deny

937. Defendants incorporate responses to paragraphs 1-936.

938. Defendants admit that Plaintiff brings a state-law assault claim.

939. Deny

940. Deny

941. Deny

942. Defendants do not have sufficient information to admit or deny this allegation and denies it on this basis.

943. Deny

944. Defendants incorporate responses to paragraphs 1-943.

945. Deny

946. Deny

947. Defendants do not have sufficient information to admit or deny this allegation and denies it on this basis.

948. Deny

949. Defendants incorporate responses to paragraphs 1-948.

950. Deny

951. Deny

952. Deny

953. Deny

954. Deny

955. Deny

956. Deny

957. Defendants admit that Brown brings this case as a putative class action.

958. Deny

959. Deny

41

960. Deny

961. Deny

962. Deny

963. Deny

964. Deny

965. Deny

966. Deny

967. Deny

968. Defendants incorporate responses to paragraphs 1-967 herein.

969. Deny

970. Deny

971. Deny

972. Deny

973. Defendants incorporate responses to paragraphs 1-972 herein.

974. Defendants admit they owe various duties of care to incarcerated people.

975. Deny

976. Deny

977. Defendants incorporate responses to paragraphs 1-976.

978. Defendants admit various CDCR personnel participated in the operation and CDCR personnel had various responsibilities.

979. Deny

980. Deny

981. Deny

982. Deny

983. Deny

## PRAYER

Defendants deny any liability and deny Plaintiff is entitled to any damages.

42

**DEFENDANTS' AFFIRMATIVE DEFENSES**

Because the Complaint is couched in conclusory terms, Defendants cannot anticipate fully all affirmative defenses that may be applicable. Accordingly, Defendants reserve the right to assert additional affirmative defenses if and to the extent they are or become applicable.

AS SEPARATE AND AFFIRMATIVE DEFENSES, Defendants allege as follows:

1.     Defendants assert that they did not violate any federal statutory or constitutional right and that they did not violate the law as it was clearly established during the times relevant to this lawsuit such that reasonable officials in the circumstances Defendants faced would have known beyond debate that their actions or inactions would violate the statutory or constitutional rights at issue. Defendants are therefore entitled to qualified immunity.

2.     Defendants assert that they have satisfied all obligations to Plaintiff pursuant to all statutes or other laws described in Plaintiff's Complaint, and any deficient performance was caused by Plaintiff or other individuals or entities not named as Defendants in this action.

3.     Defendants allege that Plaintiff is estopped from claiming the damages requested.

4.     Defendants are not vicariously liable for any act or omission of any other person, by way of respondent superior or otherwise.

5.     Defendants assert that Plaintiff failed to mitigate his damages, if there are any.

6.     Defendants assert that the Eleventh Amendment bars suit for money damages against them in their official capacity.

7.     Defendants assert that Plaintiff's claims and requests for relief are barred, limited, or controlled by the Prison Litigation Reform Act.

8.     Defendants assert that Plaintiff has not suffered sufficient, if any, physical injuries, and therefore cannot claim damages in accordance with the Prison Litigation Reform Act.

9.     Defendants allege that Plaintiff failed to exhaust available administrative remedies.

10.    Defendants allege that, at all relevant times, their actions were reasonably related to achieving legitimate penological goals.

11.    Defendants assert that Plaintiff's claims are barred by the doctrines of res judicata and collateral estoppel.

43

12. Defendants allege that Plaintiff's own conduct contributed to his damages, if there were any, and that Plaintiff is contributorily negligent.

13. Defendants assert that they are immune from liability as to Plaintiff's COVID and disease related claims pursuant to various state laws.

### DEMAND FOR JURY TRIAL AND PRAYER FOR RELIEF

1. Defendants demand under Federal Rule of Civil Procedure Rule 38 that this matter be tried before a jury to the extent provided by law.

2. Defendants pray for judgment as follows:

    A. That judgment be rendered in favor of Defendants and against Plaintiff;

    B. That Plaintiff takes nothing by this action;

    C. That Defendants be awarded costs of suit and attorney's fees; and

    D. That Defendants be awarded such other relief as this Court deems proper.

Dated:  August 13, 2025                  Respectfully submitted,

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General


/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*Attorneys for Defendants*

44

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | ***L. Brown (BJ5119) v. CDCR, et al.*** | No. | **4:25-cv-04741-JST** |

I hereby certify that on <u>August 13, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' ANSWER TO CLASS ACTION COMPLAINT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 13, 2025</u>, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2025400665
44755632.docx