ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General
JULIET M. LOMPA
GURPREET SANDHU
JOHN W. FAULCONER
Deputy Attorneys General
State Bar No. 298015
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-4481
  Fax: (415) 703-5480
  E-mail: John.Faulconer@doj.ca.gov
*Attorneys for Defendants*
*B. Barron, J. Bojorquez, C. Bravo, Z. Brown, B.
Coker, G. Constantino, B. Cope, R. Cavagnolo, J.
DeAnzo, E. Galvan, V. Garcia, R. Glaze, J. Harden,
M. Hernandez, J. Hunter, J. Infante, C. Koenig, J.
Lopez, A. Luna, D. Marion, D. Marquez, Y.
Martinez, L. McDowell, P. McDonald, C. Mell, B.
Mendoza, K. Mensing, D. Metcalf, S. Mora, J.
Musselman, H. Orozco, C. Paris, J. Peffley, I. Perez,
C. Perryman, J. Pierce, E. Ramos, J. Reed, R. Salas,
L. Scott, A. Serrato, J. Sesma, S. Slimp, D.
Thompson, M. Valdez, H. Vera, C. Vergara, R.
Villalba, A. Villalobos, J. Vinson, L. Wallace, and
California Department of Corrections and
Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LAWRENCE BROWN,** | 4:25-cv-04741-JST |
| Plaintiff, | **Defendants' Notice of Hearing Regarding Motion Strike Amended Complaints** |
| **v.** | |
| | Judge:          The Honorable Jon S. Tigar |
| | Date:           December 18, 2025 |
| **STATE OF CALIFORNIA, et al.,** | Time:           2:00 PM |
| | Trial Date:   None Set |
| Defendants. | Action Filed: 6/5/2025 |

1

## NOTICE OF HEARING

TO PLAINTIFF LAWRENCE BROWN, VIA HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Defendants move this Court, pursuant to Federal Rules of Civil Procedure Rules 12(f) and 15, for an order striking the various amended complaints that Brown filed without obtaining the requisite leave of court. *See* ECF No. 40. The hearing on this motion shall occur on December 18, 2025, at 2:00 PM at the Oakland Courthouse, Courtroom 6, located at 1301 Clay Street, Oakland, California 94612. Appearances shall be via videoconference, instructions for which can be found at www.cand.uscourts.gov/judges/tigar-jon-s-jst/.

This notice of hearing is response to the Clerk's Notice (ECF No. 41) vacating the previously noticed hearing due to scheduling issues.

Dated:  October 9, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JEFFREY T. FISHER
Supervising Deputy Attorney General

/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*Attorneys for Defendants*

2

# CERTIFICATE OF SERVICE

Case Name:  **_L. Brown (BJ5119) v. CDCR, et al._**   No.   **4:25-cv-04741-JST**

I hereby certify that on <u>October 9, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF HEARING REGARDING MOTION STRIKE AMENDED COMPLAINTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 9, 2025</u>, at San Francisco, California.

| H. Su | _/s/ H. Su_ |
|:---:|:---:|
| Declarant | Signature |

SF2025400665
44825761.docx